463 A.2d 46

Salvatore et ux. v. Frito-Lay, Inc., Appellant.

Argued May 4, 1983. Charles W. Craven, for appellant; Stephen M. Karp, for appellees.

Before McEWEN, CIRILLO and HOFFMAN, JJ.

The order of the learned Delaware County Common Pleas Court Judge Charles C. Keeler is affirmed.